**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**James Edward GOODE, a/k/a James
Goode, Defendant—Appellant.**

**No. 12–6715.**

United States Court of Appeals,
Fourth Circuit.

Submitted: July 19, 2012.

Decided: July 26, 2012.

James Edward Goode, Appellant Pro Se. Michael Arlen Jagels, Special Assistant United States Attorney, Richmond, Virginia, for Appellee.

Before DUNCAN, AGEE, and WYNN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James Edward Goode appeals the district court's order denying his 18 U.S.C. § 3582 (2006) motion for a sentence reduction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Goode*, No. 3:09–cr–00013–REP–1 (E.D.Va. Mar. 28, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*